UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CR370 CDP |
| | ) | |
| FRANCISCO GONZALEZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on defendant Francisco Gonzalez's motion to suppress evidence and statements, the report and recommendation of the U.S. Magistrate Judge, and defendant's motion to withdraw his objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), the motion to suppress was referred to United States Magistrate Judge Thomas C. Mummert. Judge Mummert held an evidentiary hearing and recommended that the motion be denied. Defendant filed objections to the Report and Recommendation, but has now filed a motion to withdraw those objections.

As defendant no longer objects to the Report and Recommendation, I will sustain it and enter the rulings recommended by Judge Mummert. Accordingly, ,

**IT IS HEREBY ORDERED** that the motion of the defendant to withdraw his objections to the Report and Recommendation of the United States Magistrate Judge [#30] is granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#24] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FINALLY ORDERED** that defendant Francisco Gonzalez's motion to suppress evidence and statements [#17] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of August, 2007.